IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No.  13-cv-02972-NYW

MARGARITA ANDERSON,

    Plaintiff,

v.

CAROLYN W. COLVIN, Acting Commissioner of Social Security Administration,

    Defendant.

---

# FINAL JUDGMENT

---

    Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Memorandum Opinion and Order signed by the Honorable Nina Y. Wang, on March 2, 2016, incorporated herein by reference, it is

    ORDERED that the SSA Commissioner's final decision is AFFIRMED.  It is

    FURTHER ORDERED that final judgment is hereby entered in favor of Defendant, Carolyn W. Colvin and against Plaintiff, Margarita Anderson.  It is

    FURTHER ORDERED that this civil action and complaint are DISMISSED with each party to bear her own fees and costs.

    DATED at Denver, Colorado this  2nd  day of March, 2016.

FOR THE COURT:

JEFFREY P. COLWELL, CLERK



s/ N. Marble
N. Marble,
Deputy Clerk